

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2019

No. 04-19-00573-CV

**IN RE** Dr. David Saul **MORA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Luz Elena D. Chapa, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

On August 26, 2019, relator filed a petition for writ of mandamus and an emergency motion for stay of the underlying proceedings pending final resolution of the petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The motion for stay is DENIED AS MOOT. This court's opinion will issue at a later date.

It is so **ORDERED** on August 26, 2019.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26 day of August, 2019.

_____
Keith E. Hottle,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2004-CVG-000266-CR, styled *In the Interest of A.S.M. & C.J.M., Children*, pending in the County Court At Law No 1, Webb County, Texas, the Honorable Susan D. Reed presiding.